IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEET METAL WORKERS' HEALTH & WELFARE FUND OF LOCAL NO. 19, *et al.*,<br>          *Plaintiffs*,<br><br>v.<br><br>INVISION SIGN LLC<br>          *Defendant*. | CIVIL ACTION<br>NO. 20-2291 |

## ORDER

AND NOW, this 23rd day of July 2020, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 4), it is **ORDERED** that:

1. Plaintiffs' Motion is **GRANTED** as to liability only; and

2. Plaintiffs' Motion is **DENIED without prejudice** with respect to the requested damages, attorneys' fees and costs.

Plaintiffs may renew their motion for damages, attorneys' fees and costs by filing a supplemental brief and supporting documentary evidence on or before **Monday, August 3, 2020**. The Clerk of Court is **DIRECTED** to defer entering judgment on Plaintiffs' claims pending the Court's computation of the appropriate amount of the judgment.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.