IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEET METAL WORKERS' HEALTH & WELFARE FUND OF LOCAL NO. 19, *et al.*,<br>                 *Plaintiffs*,<br><br>     v.<br><br>INVISION SIGN LLC,<br>                 *Defendant.* | CIVIL ACTION<br>NO. 20-2291 |

## **ORDER**

AND NOW, this 21st day of August 2020, upon consideration of Plaintiffs' Renewed Motion for Damages, Attorneys' Fees and Costs (ECF No. 8), and consistent with the accompanying memorandum of law it is **ORDERED** that the motion is **GRANTED** and **JUDGMENT IS ENTERED** against Defendant Invision Sign, LLC and in favor of Plaintiffs Sheet Metal Workers' Health & Welfare Fund of Local No. 19, Sheet Metal Workers' Annuity Fund of Local No. 19, Sheet Metal Workers' Joint Apprenticeship Fund of Philadelphia and Vicinity, Sheet Metal Workers' Local 19 and Gary Masino, Trustee Sheet Metal Workers' Local 19 Benefit Funds for:

1. a principal delinquency in the amount of $3,932.40, $1,035.99 in interest and liquidated damages in the amount of $3,455.28, or a total of $11,776.67, together with

2. $535 in costs and $4,025 in attorneys' fees; and

3. post-judgment interest to run thereon at the rate of 6% until paid in full, together with such additional reasonable attorneys' fees and costs which

may be incurred in the collection and enforcement necessary to achieve satisfaction of the judgment in favor of Plaintiffs and against Defendant.[1]

The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] In their proposed Order, Plaintiffs also ask the Court to order "that this Judgment may be immediately registered in any Court of competent jurisdiction regardless of whether the time for appeal has expired." (Pls.' Mot., Dkt. No. 8 at ECF No. 2.) However, registration of a judgment before the time for appeal has expired requires a showing of "good cause." *See* 28 U.S.C. § 1963 ("A judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown . . . ."); *see also Great Am. Ins. Co. v. Stephens,* No. 04-3642, 2006 WL 2349991, at *2 (E.D. Pa. Aug. 11, 2006) (permitting Plaintiff to register judgment "either an appeal has been filed or the time for filing an appeal has expired" only upon a showing of "good cause"). Plaintiffs' have not made the requisite showing.