# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEET METAL WORKERS' HEALTH AND WELFARE FUND OF LOCAL NO. 19, et al.** | : : : | |
| **Plaintiffs,** | : : | **CIVIL ACTION** |
| v. | : : : | No.   2:20-cv-02291-GJP |
| **INVISION SIGN LLC,** | : : | |
| **Defendant,** | : : | |
| and | : : | |
| **REPUBLIC FIRST BANK,** | : : | |
| **Garnishee.** | : : | |

## ORDER

AND NOW, this ___16th___ day of ___JUNE___, 2021, upon consideration of Plaintiffs' Praecipe to Enter Judgment Against Garnishee Republic First Bank, it is hereby ORDERED that JUDGMENT IS ENTERED in favor of Plaintiffs and against Garnishee in the amount of $13,417.72.

                                                      KATE BARKMAN, Clerk of Court

                                                      _____/s/Nicole Durso_____

                                                                       Deputy Clerk

Dated: __June 16, 2021_____